UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ------------------------------------------------------------ X | |
| **IN RE YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND RELEVANT PRODUCTS LIABILITY LITIGATION** | : 3:09-md-02100-DRH-PMF <br> : MDL No. 2100 <br> : <br> : **Judge David R. Herndon** |
| ------------------------------------------------------------ | : |
| **This Document Relates to:** | |

*Walker v. Bayer HealthCare Pharmaceuticals, Inc.,* **No. 3:10-cv-10723-DRH-PMF**

**ORDER**

This matter is before the Court on Plaintiff's Unopposed Motion for Leave to File First Amended Complaint (Doc. 5) for the purpose of adding Barr Laboratories, Inc. and Teva Pharmaceuticals USA, Inc., along with allegations that Plaintiff used the birth control product Ocella. Upon consideration of Plaintiff's motion, the Court finds as follows:

Plaintiffs' Motion to file First Amended Complaint (Doc. 5) is **GRANTED**. Further, the Court **DIRECTS Plaintiff to file the amended complaint instanter.**

SO ORDERED:

*/s/ David R. Herndon*
David R. Herndon
2011.01.21
11:16:10 -06'00'

Chief Judge
United States District Court           DATE:  January 21, 2011